| Prob 22 (2/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 0863 4:03CR00258-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) CR 08-208 DWF |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Justin Applegate | DISTRICT Southern Iowa | DIVISION Central |
|---|---|---|
| | NAME OF SENTENCING JUDGE James E. Gritzner U. S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 1/22/2007 — TO 1/21/2011 |

OFFENSE

21:846 & 841(b)(1)(B) - Conspiracy to Distribute Drugs (Ct. 1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District Of Minnesota** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dated this 10th day of July, 2008

*[signature]* JAMES E. GRITZNER, JUDGE UNITED STATES DISTRICT COURT

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MINNESOTA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/17/08
Date

*[signature]*
United States District Judge
Donovan W. Frank